**William E. JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39707.**

Missouri Court of Appeals,
Western District.

April 5, 1988.

William E. Johnson, Jefferson City, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and NUGENT, JJ.

ORDER

PER CURIAM:

Appeal from denial of appellant's second Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 30.25(b).